# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT HENDERSON,** *et al.,* ) | |
| Plaintiffs, ) | |
| ) | |
| **v.** ) | |
| ) | **CIVIL ACTION 1:21-00389-KD-MU** |
| **TERMINIX INTERNATIONAL CO., LP** *et al.,* ) | |
| Defendants. ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated November 10, 2021, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that the Plaintiffs' motion to remand (Doc. 5) is **GRANTED**, and this case is **REMANDED** to the Circuit Court of Baldwin County, Alabama.

**DONE** and **ORDERED** this the **6th** day of **December 2021.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**